DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:06CR00594-29 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Donald White, Jr. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant and his counsel, Darin Thompson appeared before this Court on November 13, 2012. A report and recommendation was filed on June 10, 2011. (See docket #1326). The Court adopts the report and recommendation of Magistrate Judge Nancy Vecchiarelli and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of forty-five (45) days with credit for time already served in custody since November 2, 2012. Upon release from confinement the term of supervised release will terminate in this case.

IT IS SO ORDERED.

  November 15, 2012                    */s/ David D. Dowd, Jr.*
Date                                    David D. Dowd, Jr.
                                                U.S. District Judge